UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

TEADRIC T ANDERSON
ALEITA A ANDERSON
Debtor(s)

Case No. 11-34240

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/22/2011.

2) The plan was confirmed on 12/21/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/26/2012, 04/26/2012.

5) The case was dismissed on 05/11/2012.

6) Number of months from filing to last payment: 4.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $184,225.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $450.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$450.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $271.75 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $20.25 |
| Other | $8.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$300.00** |

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVANCED UROLOGY ASSOC | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| AFLAC | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| AFNI INC | Unsecured | 1,376.00 | 451.41 | 451.41 | 0.00 | 0.00 |
| AISHA DAVIS | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCEONE | Unsecured | 247.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN PROFIT RECOVERY | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 566.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 211.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 161.00 | 130.60 | 130.60 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 1,232.00 | 1,700.63 | 1,700.63 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | NA | 479.03 | 479.03 | 0.00 | 0.00 |
| CBE GROUP | Unsecured | 751.00 | NA | NA | 0.00 | 0.00 |
| CITY OF JOLIET | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| COLORADO STUDENT LOAN PROGRA | Unsecured | 25,752.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT INC | Unsecured | 268.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT INC | Unsecured | 638.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT INC | Unsecured | 299.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| DARNETHA WATKINS | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| DVRA BILLING | Unsecured | 1,187.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 378.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL ACCEPTANCE CREDIT | Unsecured | 344.00 | 344.24 | 344.24 | 0.00 | 0.00 |
| GLOBAL PAYMENTS | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| GREAT AMERICAN FINANCE | Unsecured | NA | 1,539.00 | 1,539.00 | 0.00 | 0.00 |
| GREAT AMERICAN FINANCE | Secured | 300.00 | 300.00 | 300.00 | 74.35 | 0.65 |
| HARRIS & HARRIS LTD | Unsecured | 717.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 728.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF HEALTHCARE & FAMILY | Priority | 9,332.00 | 9,292.00 | 9,292.00 | 0.00 | 0.00 |
| IL DEPT OF HEALTHCARE & FAMILY | Priority | 5,266.00 | 7,994.63 | 7,994.63 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF HEALTHC | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF HEALTHC | Priority | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ILLINOIS TOLLWAY | Unsecured | 636.00 | 11,322.30 | 11,322.30 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 8,617.66 | 8,617.66 | 8,617.66 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 6,439.45 | 6,439.45 | 6,439.45 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 1,835.29 | 1,835.29 | 1,835.29 | 0.00 | 0.00 |
| LOYOLA UNIVERSITY | Unsecured | 21.27 | NA | NA | 0.00 | 0.00 |
| MARIA I GALANT MD | Unsecured | 183.65 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 3,231.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 718.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 716.00 | NA | NA | 0.00 | 0.00 |
| NAPERVILLE RADIOLOGISTS | Unsecured | 74.00 | NA | NA | 0.00 | 0.00 |
| NATCREADJ | Unsecured | 889.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 849.00 | NA | NA | 0.00 | 0.00 |
| NEB MEDICAL | Unsecured | 27.50 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 77.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 77.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST EMERGENCY ASSOC | Unsecured | 9.17 | NA | NA | 0.00 | 0.00 |
| PALOMAR ASSOCIATES | Unsecured | 1,187.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 480.00 | 480.30 | 480.30 | 0.00 | 0.00 |
| PREMIER DERMATOLOGY | Unsecured | NA | 22.50 | 22.50 | 0.00 | 0.00 |
| PREMIER DERMATOLOGY | Unsecured | 25.00 | 25.00 | 25.00 | 0.00 | 0.00 |
| PROFESSIONAL ACCOUNT MGMT | Unsecured | 127.00 | NA | NA | 0.00 | 0.00 |
| PROTOCOL RECOVERY SRVS | Unsecured | 1,110.00 | NA | NA | 0.00 | 0.00 |
| PROVENA HEALTH | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | NA | 687.33 | 687.33 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | NA | 214.39 | 214.39 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | NA | 238.31 | 238.31 | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | NA | 3,308.70 | 3,308.70 | 0.00 | 0.00 |
| SALUTE | Unsecured | 183.00 | NA | NA | 0.00 | 0.00 |
| SECURITY CREDIT SERVICES LLC | Unsecured | 1,025.00 | NA | NA | 0.00 | 0.00 |
| SECURITY CREDIT SERVICES LLC | Unsecured | 1,010.00 | NA | NA | 0.00 | 0.00 |
| SIR FINANCE | Unsecured | NA | 866.00 | 866.00 | 0.00 | 0.00 |
| SKYONE FEDERAL CU | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TARGET NATIONAL BANK | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| THEODORES CROSSING HOMEOWNE | Secured | 2,122.65 | 2,122.65 | 2,122.65 | 75.00 | 0.00 |
| US BANK | Unsecured | 368.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF WESTCHESTER | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| VISION FINANCIAL SERVICES | Unsecured | 480.30 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO HOME MORT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO HOME MORT | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| WILL COUNTY TREASURER | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $2,422.65 | $149.35 | $0.65 |
| **TOTAL SECURED:** | **$2,422.65** | **$149.35** | **$0.65** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $17,286.63 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $8,617.66 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$25,904.29** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$30,084.48** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $300.00 |
| Disbursements to Creditors | $150.00 |
| **TOTAL DISBURSEMENTS** : | **$450.00** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/12/2012                        By: /s/ Glenn Stearns
                                                                 Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**